UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FREDERICK W. KRUGER, an individual; et al., <br><br>  Plaintiffs, <br><br> v. <br><br> LOUIS J. VADINO, an individual; et al., <br><br>  Defendants. | CASE NO.: SACV05-632 AHS (MLGx) <br><br> [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION FOR FEBRUARY 20, 2008 at 3:30 pm. |

TO DEFENDANT LOUIS J. VADINO:

YOU ARE HEREBY ORDERED TO SHOW CAUSE AT 3:30 P.M. on February 20, 2008, or as soon thereafter as counsel may be heard in the courtroom of the Honorable ~~Marc L. Goldman~~ Alicemarie H. Stotler, located at 411 West Fourth Street, Santa Ana, California, Courtroom ~~6A~~ 10A, why you, your agents, servants, employees, and attorneys, and those in active concert or participation with you or them, should not be restrained and enjoined pending trial on this action, from transferring, encumbering, conveying, selling, assigning, hypothecating, or alienating the assets of any account held or controlled by you or by any other company or entity under

- 13 -

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

55050

1  your control, including S and L Developments, SA, at Aspis Bank, including
2  account number 119-72-0000053, at the Peristeri Branch in Athens, Greece.

4  PENDING HEARING on the above Order to Show Cause, you, your agents,
5  servants, employees, and attorneys, and all those in active concert or participation
6  with you or them, ARE HEREBY RESTRAINED AND ENJOINED from
7  transferring, encumbering, conveying, selling, assigning, hypothecating, or
8  alienating any assets in the account held in the name of S and L Development, S.A.,
9  at Aspis Bank, account number 119-72-0000053, at the Peristeri Branch in Athens,
10 Greece, that would reduce the balance of that account below $527,723 United
11 States Dollars.  To the extent that such account holds a balance of less than
12 $527,723 United States Dollars, YOU ARE HEREBY FURTHER RESTRAINED
13 AND ENJOINED from transferring, encumbering, conveying, selling, assigning,
14 hypothecating, or alienating assets in such amount of any other account held or
15 controlled by you or by any other company or entity under your control, including
16 S and L Developments, SA, that would reduce the total amount of assets in the
17 collective accounts below $527,723 United States Dollars.
18 The above Temporary Restraining Order is issued to ensure fulfillment of
19 plaintiffs' statutory right of attachment as determined by this Court's previous April
20 26, 2006 and November 15, 2006 orders, and the effective administration of this
21 suit.
22 / / /
23 / / /
24 / / /

1  The above Temporary Restraining Order is effective on Plaintiff's filing an
2  undertaking in the sum of $ 7500.00. This Order to Show Cause and supporting
3  papers must be served on Defendant no later than February 14, 2008, ~~6 days before the date set for~~
4  ~~hearing,~~ and proof of service shall be filed no later than February 14, 2008. ~~court days before the~~
5  ~~hearing.~~ Any response or opposition to this Order to Show Cause must be filed and
6  personally served on Plaintiff's counsel no later than February 19, 2008 by 12:00 noon ~~court days before the~~
7  ~~date set for hearing,~~ and proof of service shall be filed no later than February 19, 2008, by defendant ~~court~~
8  ~~days before the hearing.~~

10  DATED: FEB 11 2008                   _____[signature]_____
11              CHIEF   UNITED STATES DISTRICT JUDGE
                        ALICEMARIE H. STOTLER

- 15 -
EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
55050