Wilburn Smith, III; SBN 84720
**LAW OFFICES OF WILBURN SMITH, III**
28202 Cabot Road, Suite 300
Laguna Niguel, CA 92677
Office: 949.661.1800
Fax:    949.493.5170
Email: wilburn1@cox.net

Attorney for Defendants Louis J. Vadino, Media Partner Investment Ltd. and Euromarket Finance Limited

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| FREDERICK W. KRUGER, et al., Plaintiffs, v. LOUIS J. VADINO, et al., Defendants. | SA CV 05-632 AHS (MLGx) [PROPOSED] ORDER OF DISMISSAL Trial Date:  January 6, 2009 Trial Time:  9:00 a.m. Trial Place: Courtroom 10A |
|---|---|

Upon the stipulation of Plaintiff Frederick W. Kruger and Defendants Louis J. Vadino, Media Partner Investment Ltd. and Euromarket Finance Limited for the dismissal of this action as between such parties, without prejudice, and concerning the vacating, removal and release of the effect of any right to attach orders or writs of

1

**[PROPOSED] ORDER OF DISMISSAL**

attachment issued in this action, which stipulation has been filed with the Court for its consideration:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This action, and the Second Amended Complaint filed in this action, as between Plaintiff Frederick W. Kruger and against all Defendants, including but not limited to Defendants Louis J. Vadino, Media Partner Investment Ltd. and Euromarket Finance Limited, be and hereby is dismissed, **without** prejudice;

2. All right to attach orders and writs of attachment issued in this action in favor of Plaintiff Frederick W. Kruger and against Defendant Louis J. Vadino are hereby vacated and set aside, any undertaking or bond filed with this Court by Plaintiff in support of such orders are hereby exonerated in full, and any lien created by the recording of any writ of attachment issued by this Court in this action against any of the following real properties is hereby removed and released:

    a. 24842 Knollwood, Lake Forest, California 92630

    b. 22172 Sunlight Creek, California 92630

    c. 25312 Ginger Road, Lake Forest, California 92630

//

d. 25132 Cineria Way, Lake Forest, California 92630

e. 21582 Rio Verde, Lake Forest, California 92630

Dated: DEC 2 4 2008

_____
The Honorable Alicemarie H. Stotler,
Chief United States District Judge

3

**[PROPOSED] ORDER OF DISMISSAL**